SARAH L. SANDERS, Respondent, *v.* M. LOWENSTEIN & SONS, INC., Appellant.

Argued October 8, 1942; decided November 25, 1942.

*Irving D. Lipkowitz* and *William Hughes Lewis* for appellant.

*Louis Sanders* for respondent.

Order affirmed, with costs, on the authority of *Matter of Kramer & Uchitelle, Inc.* (288 N. Y. 467). No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.